# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JONI M. COSTELLO, | |
| Plaintiff, | Case No. 2:17-CV-02490-KJD-GWF |
| v. | **ORDER** |
| DEMOCRACY PREP AGASSI CAMPUS, | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion to Dismiss (#3). Having read and considered the motion, and good cause lacking, it is denied. The practice of the courts in the District of Nevada, when cases are consolidated – or in a situation like this where they are duplicative – is to close the higher numbered case and retain the first-filed action. Therefore, the Court denies the motion to dismiss. The proper course of action would be to file a motion to consolidate the cases or to file a motion to dismiss in the higher numbered action, 2:17-cv-02491-JAD-VCF.

**IT IS SO ORDERED**.

DATED this 27TH day of October 2017.

_____
Kent J. Dawson
United States District Judge