PAUL S. PADDA, ESQ. *(NV Bar #10417)*
Email: *psp@paulpaddalaw.com*
JOSHUA Y. ANG, ESQ. *(NV Bar #14026)*
Email: *ja@paulpaddalaw.com*
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorneys for Plaintiff*

# UNITED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONI M. COSTELLO, individually; | CASE NO.: 2:17-cv-02490-KJD-GWF |
|     Plaintiff, | |
|     vs. | |
| DEMOCRACY PREP AGASSI CAMPUS, a Nevada Non-Profit Corporation; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive; | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
|     Defendants. | |

IT IS HERBY STIPULATED by and between the parties, through their undersigned

counsel of record, that all claims asserted by the Plaintiff Joni M. Costello in the above-referenced

...

...

...

...

...

...

...

1

action against all defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 4th day of June, 2018.

PAUL PADDA LAW, PLLC


_____/s/JoshuaYAng_____
Paul S. Padda, Esq.
Joshua Y. Ang, Esq.
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*

Dated this 4th day of June, 2018.

JACKSON LEWIS, P.C.


_____/s/LisaAMcClane_____
Lisa A. McClane, Esq.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorney for Defendant*

## **ORDER**

IT IS SO ORDERED

DATED this __6th__ day of __June__, 2018.

_____
U.S. DISTRICT COURT JUDGE

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that on this day, June 4, 2018, a true and correct copy of the foregoing document was served by e-service via the Court's electronic service system (CM/ECF) upon all registered participants.

_____

**/S/**

An Employee of Paul Padda Law, PLLC
